THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CV-23-FL

| | |
|---|---|
| DALLIE CHERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING JOINT MOTION** |
| vs. | ) **TO SUSPEND THE DEADLINES** |
| | ) **CONTAINED IN THE INITIAL** |
| PERDUE FARMS INCORPORATED | ) **ORDER REGARDING PLANNING** |
| and STACY MILLS, | ) **AND SCHEDULING** |
| | ) |
| Defendants. | ) |

THIS CAUSE BEING BEFORE THIS COURT on the Joint Motion to Suspend the Deadlines Contained in the Initial Order Regarding Planning and Scheduling; and it appearing to this Court that there is good cause for the granting of this motion; and that the motion should be allowed:

IT IS HEREBY ORDERED that the deadlines contained in the Initial Order Regarding Planning and Scheduling in the action numbered 2:10-CV-23-FL be suspended until 30 days after this Court rules on either Defendants' Motion to Dismiss or Plaintiff's Motion to Amend — whichever is the later Opinion released by this Court.

SO ORDERED, this the 26th day of November, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge